IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM BUCK,** individually and on behalf of similarly situated persons,<br><br>            Plaintiff,<br><br>    v.<br><br>**PIZZA PROPERTIES OF NORTH CAROLINA, INC. d/b/a "DOMINO'S PIZZA," PIZZA PROPERTIES, INC.** and **ROBERT TAYLOR,**<br><br>            Defendants. | **Case No. 7:20-cv-26-FL**<br><br>**Jury Demanded** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff William Buck, by and through their undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby dismisses his claims against Defendants Pizza Properties of North Carolina, Inc., Pizza Properties, Inc., and Robert Taylor without prejudice.

                                                     Respectfully submitted,

                                                     /s/ Jacob J. Modla_____
                                                   **Jacob J. Modla**
                                                   N.C Bar ID No: 17534
                                                   **The Law Offices of Jason E Taylor**
                                                   454 South Anderson Rd, Ste 303
                                                   Rock Hill, SC 29730
                                                   T: 803-328-0898
                                                   Email: jmodla@jasonetaylor.com

                                                   **Jay Forester**
                                                   Texas State Bar No. 24087532
                                                   **Forester Haynie PLLC**
                                                   400 N. St. Paul Street, Suite 700
                                                   Dallas, Texas 75201
                                                   (214) 210-2100 Telephone
                                                   (214) 346-5909 Facsimile
                                                   jay@foresterhaynie.com

                                                  **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      A copy of the foregoing document will be served on all Parties in accordance with the Federal Rules of Civil Procedure.

                              /s/ Jacob J. Modla_____
                              **Jacob J. Modla**